# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 9, 2005

128429

NORA KATHLEEN CHAHBAZI,
        Plaintiff-Appellee,

v

JOHN CLARK CHAHBAZI,
        Defendant-Appellant.
_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128429
COA: 259047
Genesee CC: 01-234194-DM

On order of the Court, the application for leave to appeal the March 30, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 9, 2005

_____
Clerk

s1102